# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA, | CASE NO. 1:11-cv–01422-LJO-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY STAY (ECF No. 10) |
| v. | |
| MATTHEW CATE, et al., | ORDER ADDRESSING PLAINTIFF'S REQUEST FOR STATUS AND DENYING MOTION FOR SERVICE AS PREMATURE |
| Defendants. | (ECF No. 15) |

## I.  Procedural History

Plaintiff Hosam Kaddoura is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on August 25, 2011. (ECF No.1.) On November 15, 2011, Plaintiff filed a Motion for a Temporary Stay. (ECF No. 10.) On March 12, 2012, Plaintiff filed a Request for Status of the case and Motion for Service. (ECF No. 15.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Plaintiff's Complaint will be screened in due time.

## II.  Motion for Temporary Stay

Plaintiff requests that this action be stayed due to his mental illness and inability to

1 concentrate. Plaintiff states he is overwhelmed by severe depression and post traumatic stress
2 disorder and unable to handle all aspects of this action by himself. The Court does not lightly stay
3 litigation, due to the possibility of prejudice to defendants. In this action, Plaintiff's Complaint is
4 pending screening and, at this juncture of the litigation, nothing is required of Plaintiff. Plaintiff's
5 Motion for a Temporary Stay shall be denied.

6 **III.  Motion for Service**

7 Plaintiff requests that the complaint be served upon Defendants. Because Plaintiff is
8 proceeding in forma pauperis, he is entitled to have process served on his behalf by the Marshal. 28
9 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). However, as set forth in the Court's First Informational
10 Order, the Marshal will be directed to initiate service of process only after Plaintiff's Complaint has
11 been screened and found to state cognizable claims for relief. 28 U.S.C. § 1915A; First
12 Informational Order ¶12, ECF No.2. Once the Complaint is screened and found to have stated a
13 cognizable claim against any defendant, a copy of the Complaint will be sent to Plaintiff with service
14 documents to be completed and returned.

15 Finally, as set forth in the First Informational Order, the Court cannot serve as a repository
16 for the parties' evidence (i.e., prison or medical records, affidavits, etc.). The parties may not file
17 evidence with the Court until the course of litigation brings the evidence into question (for example,
18 on a motion for summary judgment, at trial, or when requested by the Court). The exhibits attached
19 to Plaintiff's motion are disregarded.

20 **IV.  Order**

21 Accordingly, it is HEREBY ORDERED that:
22 1. Plaintiff's motion for a Temporary Stay, filed November 15, 2011, is DENIED;
23 2. Plaintiff's Motion for Service, filed March 12, 1012, is DENIED as premature; and
24 3. The exhibits filed with Plaintiff's motion for service shall be DISREGARDED.
25 IT IS SO ORDERED.

26 Dated:   **March 16, 2012**           /s/ **Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE
27
28