# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv–01422-LJO-BAM PC<br><br>ORDER STRIKING PLAINTIFF'S DECLARATION<br><br>(ECF No. 17) |

    Plaintiff Hosam Kaddoura is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2011, Plaintiff filed a complaint which he declared, under penalty of perjury, was true and correct. (ECF No. 1.) On April 2, 2012, Plaintiff filed a declaration stating that he declared, under penalty of perjury, that the claims in the complaint were true and correct. (ECF No. 17.) Plaintiff's declaration shall be stricken from the record as unnecessary.

    Accordingly, Plaintiff's declaration, filed April 2, 2012, is HEREBY STRICKEN FROM THE RECORD.

    IT IS SO ORDERED.

    Dated:   **April 3, 2012**          /s/ **Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE