UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br>　　　　Defendants. | Case No.: 1:11-cv-01422-LJO-BAM PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE  (ECF No. 40)<br><br>FOURTEEN-DAY DEADLINE |

　　　Plaintiff Hosam Kaddoura ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 29, 2014, the Court issued an order authorizing service of Plaintiff's second amended complaint on Defendants Calhoun and Darbi, and requiring Plaintiff to fill out and return the USM-285 forms and summonses within thirty days.  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

　　　Accordingly, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.  <u>Plaintiff's failure to file a response to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

　Dated:　**July 18, 2014**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1